IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                  4:10CR00240-02-WRW

MARIE DIANE DOUGLAS

## ORDER

Pending is the Unopposed Motion to Continue Sentencing Hearing (doc #87) filed by the defendant, Marie Diane Douglas.  After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED.  The sentencing for Ms. Douglas will be removed from the Court's calendar for Tuesday, September 6, 2011, and reset for **Wednesday, March 28, 2012, at 10:00 a.m.**

IT IS SO ORDERED this 24th day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

ord.continue.sentence.wpd